ORIGINAL

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA THIRD DIVISION**

| | | |
|---|---|---|
| **ESTATE OF WILLIAM E. HOLCOMB, deceased; RICHARD A. GRAYSON, personal representative,** | ) | **Case No. 01-713 ADM/AJB** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR ENLARGEMENT OF TIME**

Upon consideration of the United States' Motion for Enlargement of Time ("Motion to Enlarge"), good cause appearing, it is hereby

**ORDERED** that the Motion to Enlarge should be, and hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the United States shall have through and including August 28, 2001 to respond to the complaint.

**SO ORDERED** this 20th day of June, 2001.

[signature]

**UNITED STATES DISTRICT ~~JUDGE~~** Court
U.S. Magistrate Judge

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________